**EXHIBIT "C"**

DUPLICATE ORIGINAL

# GUARANTY

**FOR VALUE RECEIVED**, and as an essential inducement to cause 577-10 REALTY COMPANY, (Owner") to enter a certain lease agreement of even date (the lease), with ANUJ-RANI WEST SIDE LLC, the "Tenant", a copy of which Lease Agreement is annexed hereto as Exhibit "A", the undersigned, ANUJ-THUKRAL residing at 1 Laurel Lane, Old Westbury, New York 11568 (the "Guarantor") in consideration for, and as an inducement to Owner to enter into the Lease with the Tenant does hereby covenant and agree as follows:

1. Unless otherwise defined herein, the capitalized terms shall have the meanings ascribed in the in the Lease.

2. It is expressly agree that the validity of the agreement, and the obligations of the Guarantor hereunder shall no wise be terminated, affected or impaired by reason of the assertion or non-assertion by Owner against Tenant of any of the rights or Remedies reserved to Owner pursuant to the provisions of the Lease. The Guarantor further covenant and agree that this Guaranty shall remain and continue in full force and effect as to any renewal, modification or extension of the Lease and during any period when Tenant is occupying the demised premises as a "statutory tenant". As a further inducement to Owner to make the Lease and in consideration thereof, Owner and the Guarantors covenant and agree that in any action or proceeding brought by either Owner or the Guarantor against the other on any matters whatsoever arising out of, under, or by virtue of the terms of the Lease or of this Guaranty that Owner and the Guarantor shall and do hereby waive trial by jury.

3. Anything herein to the contrary notwithstanding, the undersigned, personally Guaranties payments of Basic Monthly Rent, and additional rent.

4. Except as otherwise provided in subparagraph 3 above, anything herein to the contrary notwithstanding, upon receipt by Owner of a duly executed and acknowledged surrender declaration in which tenant confirms to Owner that Tenant and anyone claiming through or under Tenant has vacated the Demised Premises as of a certain date, that the space is unoccupied and available for rental, and that no one else besides Owner has any right to the fixtures and improvements remaining in the Demised Premises ( the "Surrender Declaration") together with all keys to the Demised Premises and removal by Tenant of its personal property, (including signs, whether or not the same were agreed to By the Owner or the Condominium Association) therefrom (such date that Owner actually receives the Surrender Declaration and all keys shall be known as the "Surrender Date"),the Guarantor shall be released from all liability with respect to any obligations of Tenant under the Lease arising or accruing after the Surrender Date, including, but not limited to, all rent and additional rent due after the Surrender Date. Guarantor shall continue to remain liable pursuant to the terms of this Guaranty for (i) all rent and additional rent prior to the Surrender Date and (ii) any liability of Tenant arising our of a breach of any warranty or representation of Tenant under the "Surrender Declaration".

Dated: New York, New York
       December 31, 2008

_____Guarantor_____
ANUJ THUKRAL

STATE OF NEW YORK   )
                    )   ss.:
COUNTY OF NASSAU    )

On this 14th day of March, in the year 2008, before me, the undersigned, a Notary Public in and for said State, personally appeared

ANUJ THUKRAL,

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public
SANFORD J. DURST
Notary Public, State of NY
No. 02DU4822607
Qualified in Queens County
Commission Exp June 30, 2010

WP11\C:\ACKNOWLEMENT\NEW YORK STATE\ANUJ THUKRAL