**EXHIBIT "F"**

FILED: NEW YORK CIVIL COURT - L&T 09/20/2022 04:29 PM INDEX NO. LT-304954-22/NY
NYSCEF DOC. NO. 9                                                                    RECEIVED NYSCEF: 09/20/2022

Case 1:23-cv-09510-LJL   Document 1-6   Filed 10/30/23   Page 2 of 3

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: PART 52
-----------------------------------------------------------------X
500 WEST 43RD STREET REALTY LLC,

        Petitioner (Landlord),

   -against-

ANUJ-RANI WESTSIDE, LLC,
t/a RANI HAIR SALON & SPA,

        Respondent (Tenant),

XYZ, INC.,

        Respondent (Undertenant).

Ground Floor Store Premises
500 West 43rd Street, a/k/a 587 10th Avenue
New York, New York 10036
-----------------------------------------------------------------X

2 ATTORNEYS
NO JUDGMENT
DISCONTINUED W/O PREJUDICE

Index No.
L & T 304954/22

STIPULATION
OF DISCONTINUANCE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to the above-captioned proceeding, as follows:

    1.    Respondent ANUJ-RANI WESTSIDE, LLC t/a RANI HAIR SALON & SPA ("Respondent") hereby appears in the above-captioned proceeding by its undersigned counsel for the limited purpose of entering into this Stipulation.

    2.    Respondent hereby surrenders possession of the subject premises to Petitioner.

    3.    This proceeding is hereby discontinued without prejudice and without costs.

    4.    This Stipulation may be executed in one or more counterparts, and facsimile or electronic signatures hereto shall have equal force and effect as originals.

[SPACE INTENTIONALLY BLANK – SIGNATURES ON FOLLOWING PAGE]

Dated: New York, New York
September 16, 2022

| JEFFREY M. ROSENBERG, P.C. | LAW OFFICES OF GEORGE M. GAVALAS, P.C. |
|---|---|
| By: _____ <br> Jeffrey M. Rosenberg <br> Attorney for Petitioner <br> 229 West 36th Street, 8th Floor <br> New York, New York 10018 <br> (646) 233-0091 | By: _____ <br> George M. Gavalas <br> Attorney for Respondent <br> ANUJ-RANI WESTSIDE, LLC <br> t/a Rani Hair Salon & Spa <br> 2001 Marcus Avenue, Suite N125 <br> Lake Success, New York 11042 <br> (516) 746-1515 |