**EXHIBIT "G"**

**AIB MANAGEMENT CORPORATION AS AGENT**
**500 WEST 43RD STREET, SUITE 38A**
**NEW YORK, NY 10036**

**(212) 564-1770 , FAX (212) 564-1821**

<span style="background-color: yellow">**UPDATED 10.27.23**</span>

| | |
|---|---|
| DR. RANI | |
| 247-38 JERICHO TURNPIKE | DATE: 8/18/2022 |
| BELLEROSE, NY 11001 | INVOICE #: 9122 |
| BUILDING: THE STRAND CONDOMINIUM | |
| 500 WEST 43RD STREET, aka 587 10TH AVENUE, NYC | TENANT: ANUJ - RANI WEST SIDE LLC |
| PREMISES: STREET LEVEL | OWNER: 500 WEST 43RD STREET REALTY, LLC |

**LEASE DATED: 12/31/07**
**1ST LEASE MODIFICATION DATED 9/9/09**
**LEASE TERM : 15 YEARS**

<span style="background-color: yellow">5/1/13 STIPULATION OF DISCONTINUANCE</span>     RENT INCREASE: 1/1/2020 - 12/31/2022  $12,044.00

| DATE | INVOICE # | | ARREARS AMOUNT | CURRENT RENT | TOTAL DUE |
|------|-----------|---|---------------:|-------------:|----------:|
| 8/18/22 | 9122 | RENT DUE SEPTEMBER 1, 2022 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 8/18/22 | 9122 | REAL ESTATE TAX DUE SEPTEMBER 1, 2022 | 2,566.22 | | 2,566.22 |
| 8/18/22 | 9122 | CONDO MAINTENANCE SEPTEMBER 2022 | 56.11 | | 56.11 |
| 7/25/22 | 8122 | RENT DUE AUGUST 1, 2022 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 7/25/22 | 8122 | REAL ESTATE TAX DUE AUGUST 1, 2022 | 2,566.22 | | 2,566.22 |
| 7/25/22 | 8122 | CONDO MAINTENANCE AUGUST 2022 | 56.11 | | 56.11 |
| 6/27/22 | 7122 | RENT DUE JULY 1, 2022 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 6/27/22 | 7122 | REAL ESTATE TAX DUE JULY 1, 2022 | 2,566.22 | | 2,566.22 |
| 6/27/22 | 7122 | CONDO MAINTENANCE JULY 2022 | 56.11 | | 56.11 |
| 6/24/22 | L/F | LEGAL FEE - NONPAYMENT (2022) | 471.40 | | 471.40 |
| 5/18/22 | 6122 | RENT DUE JUNE 1, 2022 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 5/18/22 | 6122 | REAL ESTATE TAX DUE JUNE 1, 2022 | 1,007.37 | | 1,007.37 |
| 5/18/22 | 6122 | CONDO MAINTENANCE JUNE 2022 | 56.11 | | 56.11 |
| 5/17/22 | L/F | LEGAL FEE - NONPAYMENT (2022) | 686.35 | | 686.35 |
| 4/22/22 | M | CONDO MAINTENANCE INCREASE 4/1/22 | 9.28 | | 9.28 |
| 4/22/22 | M | CONDO MAINTENACE INCREASE 5/1/22 | 9.28 | | 9.28 |
| 4/18/22 | 5122 | RENT DUE MAY 1, 2022 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 4/18/22 | 5122 | REAL ESTATE TAX DUE MAY 1, 2022 | 1,007.37 | | 1,007.37 |
| 4/18/22 | 5122 | CONDO MAINTENANCE MAY 2022 | 46.83 | | 46.83 |
| 3/15/22 | 4122 | RENT DUE APRIL 1, 2022 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 3/15/22 | 4122 | REAL ESTATE TAX DUE APRIL 1, 2022 | 1,007.37 | | 1,007.37 |
| 3/15/22 | 4122 | CONDO MAINTENANCE APRIL 2022 | 46.83 | | 46.83 |
| 3/14/22 | L/F | LEGAL FEE - NONPAYMENT (2022) | 520.00 | | 520.00 |
| 2/14/22 | 3122 | RENT DUE MARCH 1, 2022 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 2/14/22 | 3122 | REAL ESTATE TAX DUE MARCH 1, 2022 | 1,007.37 | | 1,007.37 |
| 2/14/22 | 3122 | CONDO MAINTENANCE MARCH 2022 | 46.83 | | 46.83 |
| 1/14/22 | 2122 | RENT DUE FEBRUARY 1, 2022 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 1/14/22 | 2122 | REAL ESTATE TAX DUE FEBRUARY 1, 2022 | 1,007.37 | | 1,007.37 |
| 1/14/22 | 2122 | CONDO MAINTENANCE FEBRUARY 2022 | 46.83 | | 46.83 |
| **SUBTOTAL** | | | **$   92,139.34** | **$        -** | **$   92,139.34** |

| DATE | INVOICE # | DESCRIPTION | ARREARS AMOUNT | CURRENT RENT | TOTAL DUE |
|------|-----------|-------------|----------------|--------------|-----------|
| **SUBTOTAL CARRIED FORWARD** | | | $ 92,139.34 | $ - | $ 92,139.34 |
| 12/14/21 | 1122 | RENT DUE JANUARY 1, 2022 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 12/14/21 | 1122 | REAL ESTATE TAX DUE JANUARY 1, 2022 | 1,007.37 | | 1,007.37 |
| 12/14/21 | 1122 | CONDO MAINTENANCE JANUARY 2022 | 46.83 | | 46.83 |
| 11/11/21 | 12121 | RENT DUE DECEMBER 1, 2021 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 11/11/21 | 12121 | REAL ESTATE TAX DUE DECEMBER 1, 2021 | 979.78 | | 979.78 |
| 11/11/21 | 12121 | CONDO MAINTENANCE DECEMBER 2021 | 46.83 | | 46.83 |
| 10/14/21 | 11121 | RENT DUE NOVEMBER 1, 2021 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 10/14/21 | 11121 | REAL ESTATE TAX DUE NOVEMBER 1, 2021 | 979.78 | | 979.78 |
| 10/14/21 | 11121 | CONDO MAINTENANCE NOVEMBER 2021 | 46.83 | | 46.83 |
| 9/20/21 | 10121 | RENT DUE OCTOBER 1, 2021 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 9/20/21 | 10121 | REAL ESTATE TAX DUE OCTOBER 1, 2021 | 979.78 | | 979.78 |
| 9/20/21 | 10121 | CONDO MAINTENANCE OCTOBER 2021 | 46.83 | | 46.83 |
| 8/16/21 | 9121 | RENT DUE SEPTEMBER 1, 2021 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 8/16/21 | 9121 | REAL ESTATE TAX DUE SEPTEMBER 1, 2021 | 979.78 | | 979.78 |
| 8/16/21 | 9121 | CONDO MAINTENANCE SEPTEMBER 2021 | 46.83 | | 46.83 |
| 7/16/21 | 8121 | RENT DUE AUGUST 1, 2021 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 7/16/21 | 8121 | REAL ESTATE TAX DUE AUGUST 1, 2021 | 979.78 | | 979.78 |
| 7/16/21 | 8121 | CONDO MAINTENANCE AUGUST 2021 | 46.83 | | 46.83 |
| 6/18/21 | 7121 | RENT DUE JULY 1, 2021 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 6/18/21 | 7121 | REAL ESTATE TAX DUE JULY 1, 2021 | 979.78 | | 979.78 |
| 6/18/21 | 7121 | CONDO MAINTENANCE JULY 2021 | 46.83 | | 46.83 |
| 5/24/21 | M | CONDO MAINTENANCE INCREASE 4/1/21 - 6/30/21 | 14.07 | | 14.07 |
| 5/18/21 | 6121 | RENT DUE JUNE 1, 2021 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 5/18/21 | 6121 | REAL ESTATE TAX DUE JUNE 1, 2021 | 3,495.15 | | 3,495.15 |
| 5/18/21 | 6121 | CONDO MAINTENANCE JUNE 2021 | 42.14 | | 42.14 |
| 4/15/21 | 5121 | RENT DUE MAY 1, 2021 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 4/15/21 | 5121 | REAL ESTATE TAX DUE MAY 1, 2021 | 3,495.15 | | 3,495.15 |
| 4/15/21 | 5121 | CONDO MAINTENANCE MAY 2021 | 42.14 | | 42.14 |
| 3/17/21 | 4121 | RENT DUE APRIL 1, 2021 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 3/17/21 | 4121 | REAL ESTATE TAX DUE APRIL 1, 2021 | 3,495.15 | | 3,495.15 |
| 3/17/21 | 4121 | CONDO MAINTENANCE APRIL 2021 | 42.14 | | 42.14 |
| 2/17/21 | 3121 | RENT DUE MARCH 1, 2021 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 2/17/21 | 3121 | REAL ESTATE TAX DUE MARCH 1, 2021 | 3,495.15 | | 3,495.15 |
| 2/17/21 | 3121 | CONDO MAINTENANCE MARCH 2021 | 42.14 | | 42.14 |
| 1/15/21 | 2121 | RENT DUE FEBRUARY 1, 2021 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 1/15/21 | 2121 | REAL ESTATE TAX DUE FEBRUARY 1, 2021 | 3,495.15 | | 3,495.15 |
| 1/15/21 | 2121 | CONDO MAINTENANCE FEBRUARY 2021 | 42.14 | | 42.14 |
| 12/16/20 | 1121 | RENT DUE JANUARY 1, 2021 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 12/16/20 | 1121 | REAL ESTATE TAX DUE JANUARY 1, 2021 | 3,495.15 | | 3,495.15 |
| 12/16/20 | 1121 | CONDO MAINTENANCE JANUARY 2021 | 42.14 | | 42.14 |
| **SUBTOTAL** | | | $ 246,196.62 | $ - | $ 246,196.62 |

| DATE | INVOICE | DESCRIPTION | ARREARS AMOUNT | CURRENT RENT | TOTAL DUE |
|------|---------|-------------|---------------:|-------------:|----------:|
| **SUBTOTAL CARRIED FORWARD** | | | **$ 246,196.62** | **$ -** | **$ 246,196.62** |
| 12/15/20 | M | CONDO MAINTENANCE INCREASE 4/1/20 - 12/1/20 | 161.29 | | 161.29 |
| 12/15/20 | M | CONDO MAINTENANCE INCREASE 4/1/19 - 3/1/20 | 167.98 | | 167.98 |
| 11/13/20 | 12120 | RENT DUE DECEMBER 1, 2020 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 11/13/20 | 12120 | REAL ESTATE TAX DUE DECEMBER 1, 2020 | 3,388.12 | | 3,388.12 |
| 11/13/20 | 12120 | CONDO MAINTENANCE DECEMBER 2020 | 24.22 | | 24.22 |
| 11/19/20 | L/F | LEGAL FEE - RANI SPA SURRENDER (2020) | 760.00 | | 760.00 |
| 10/14/20 | 11120 | RENT DUE NOVEMBER 1, 2020 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 10/14/20 | 11120 | REAL ESTATE TAX DUE NOVEMBER 1, 2020 | 3,388.12 | | 3,388.12 |
| 10/14/20 | 11120 | CONDO MAINTENANCE NOVEMBER 2020 | 24.22 | | 24.22 |
| 9/15/20 | 10120 | RENT DUE OCTOBER 1, 2020 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 9/15/20 | 10120 | REAL ESTATE TAX DUE OCTOBER 1, 2020 | 3,388.12 | | 3,388.12 |
| 9/15/20 | 10120 | CONDO MAINTENANCE OCTOBER 2020 | 24.22 | | 24.22 |
| 8/18/20 | 9120 | RENT DUE SEPTEMBER 1, 2020 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 8/18/20 | 9120 | REAL ESTATE TAX DUE SEPTEMBER 1, 2020 | 3,388.12 | | 3,388.12 |
| 8/18/20 | 9120 | CONDO MAINTENANCE SEPTEMBER 2020 | 24.22 | | 24.22 |
| 7/16/20 | 8120 | RENT DUE AUGUST 1, 2020 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 7/16/20 | 8120 | REAL ESTATE TAX DUE AUGUST 1, 2020 | 3,388.12 | | 3,388.12 |
| 7/16/20 | 8120 | CONDO MAINTENANCE AUGUST 2020 | 24.22 | | 24.22 |
| 6/12/20 | 7120 | RENT DUE JULY 1, 2020 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 7/1/20 | RE | REAL ESTATE TAX INCREASE EFFECTIVE JULY 1, 2020 | 3,388.12 | | 3,388.12 |
| 6/12/20 | 7120 | CONDO MAINTENANCE JULY 2020 | 24.22 | | 24.22 |
| 5/14/20 | 6120 | RENT DUE JUNE 1, 2020 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 5/14/20 | 6120 | REAL ESTATE TAX ESC. DUE JUNE 1, 2020 | 1,676.75 | | 1,676.75 |
| 5/14/20 | 6120 | CONDO MAINTENANCE JUNE 2020 | 24.22 | | 24.22 |
| 4/16/20 | 5120 | RENT DUE MAY 1, 2020 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 4/16/20 | 5120 | REAL ESTATE TAX ESC. DUE MAY 1, 2020 | 1,676.75 | | 1,676.75 |
| 4/16/20 | 5120 | CONDO MAINTENANCE MAY 2020 | 24.22 | | 24.22 |
| 3/17/20 | 4120 | RENT DUE APRIL 1, 2020 | 12,044.00 | | |
| | | RENT ABATEMENT AS PER 5/1/13 STIPULATION (6% INCREASE) | (2,382.03) | | 9,661.97 |
| 3/17/20 | 4120 | REAL ESTATE TAX ESC. DUE APRIL 1, 2020 | 1,676.75 | | 1,676.75 |
| 3/17/20 | 4120 | CONDO MAINTENANCE APRIL 2020 | 24.22 | | 24.22 |
| **TOTAL RENT DUE** | | | **$ 359,820.57** | **$ -** | **$ 359,820.57** |

**NOTE: EFFECTIVE 7/1/22 REAL ESTATE TAX INCREASED**
**NOTE: PLEASE MAKE CHECK PAYABLE TO "AIB MANAGEMENT CORP."**

ALL CHARGES ARE DUE AND PAYABLE ON THE FIRST **(1ST)** OF THE MONTH.
REMINDER: LATE CHARGES WILL ACRUE AFTER THE **5TH OF THE MONTH AT $0.05 ON THE $1.**
AN ADDITIONAL FEE WILL BE CHARGED EACH TIME ANY CHECK IS RETURNED UNPAID BY THE BANK.
DISREGARD ARREARAGES IF PAID. CHECKS ARE SUBJECT TO COLLECTION.
**NOTICE: THERE WILL BE A $100.00 FEE EACH TIME ANY CHECK IS RETURNED UNPAID BY THE BANK.**