```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
500 WEST 43RD STREET REALTY,                                       :
                                                                   :
                        Plaintiff,                                 :
                                                                   :          23-cv-9510 (LJL)
        -v-                                                        :
                                                                   :              ORDER
ANUJ THUKRAL,                                                      :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2024

LEWIS J. LIMAN, United States District Judge:

This action was filed on October 30, 2023. Dkt. No. 1. Defendant's answer was due by December 19, 2023, Dkt. No. 7, a deadline later extended to January 31, 2024, Dkt. No. 10. Defendant did not file an answer by that date. On February 16, 2024, Plaintiff moved for Clerk's Certificate of Default, Dkt. No. 12, which was granted, Dkt. No. 14. However, on the same day, Defendant filed his answer. Dkt. No. 15. Accordingly, and as discussed at the Initial Pretrial Conference, the Clerk's Certificate of Default at Dkt. No. 14 is VACATED.

SO ORDERED.

Dated: March 13, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge