**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
500 WEST 43RD STREET REALTY, LLC,

                Plaintiff,

-against-                                    23 **CIVIL** 9510 (LJL)

                                                                     **JUDGMENT**

ANUJ THUKRAL a/k/a ANUJ THURKAL,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 28, 2025, the motion for summary judgment is GRANTED IN PART and DENIED IN PART. The Court has awarded Plaintiff damages in the amount of $293,869.14 plus interest at the statutory rate of 9% from September 16, 2022, in the amount of $62,678.66; accordingly, the case is closed.

**Dated:**  New York, New York

      January 28, 2025

                                                      **TAMMI M. HELLWIG**

                                                        **Clerk of Court**

                            **BY:**       *K. Mango*

                                                        **Deputy Clerk**