USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                :

500 WEST 43RD STREET REALTY, LLC,     :

        Plaintiff,     :

            :       23-cv-09510 (LJL)

    -v-     :

          :       <u>ORDER</u>

ANUJ THUKRAL a/k/a ANUJ THURKAL,    :

        Defendant.    :

-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

By Order of June 12, 2026, the Court directed Defendant to show cause by June 16, 2026 why the Court should not compel him to appear as requested for deposition on June 24, 2026 and directed Defendant to respond to the request for fees by June 19, 2026.  Dkt. No. 50.  Defendant submitted a letter on June 18, 2026 confirming the schedule deposition date of June 24, 2026.  Dkt. No. 52.  Defendant did not respond to the request for fees.

On June 22, 2026, Plaintiff's counsel submitted a letter informing the Court that on June 18, 2026 Defendant's counsel advised Plaintiff's counsel that Defendant would not appear for the deposition due to a death in the family.  Dkt. No. 53.  Plaintiff's counsel notes that similar excuses have been frequently employed by Defendant to evade deadlines and request extensions.  *Id.*  Defendant has filed no letter with the Court.

The Court orders Defendant to appear for his deposition on June 24, 2026.  Defendant is further ordered to pay Plaintiff's legal fees incurred for the June 8, 2026 appearance in the amount of $4,554.00.

2

The parties shall appear before the Court on June 25, 2026 at 9:30 a.m. in Courtroom 15C

at 500 Pearl St.  If the deposition is ongoing, the parties can request an adjournment.

SO ORDERED.

Dated: June 23, 2026
    New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2