USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
500 WEST 43RD STREET REALTY, LLC,                      :
:
Plaintiff,                 :
:                    23-cv-09510 (LJL)
-v-                         :
:                    ERRATA ORDER
ANUJ THUKRAL a/k/a ANUJ THURKAL,                       :
:
Defendant.                 :
:
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court issued an Order on June 23, 2026 that ordered Defendant to pay Plaintiff's

legal fees.  Dkt. No. 54.  At the conference on June 8, 2026, the Court stated that any award of

fees for the cost of Plaintiff's appearance would be issued as against Defendant's counsel.

The Order at Dkt. No. 54 should read "Defendant's counsel is further ordered to pay

Plaintiff's legal fees incurred for the June 8, 2026 appearance in the amount of $4,554.00."  The

Court will consider the Order as corrected herein.

SO ORDERED.

Dated: June 25, 2026
New York, New York                         _____
LEWIS J. LIMAN
United States District Judge