USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/08/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

500 WEST 43RD STREET REALTY, LLC,

Plaintiff,

-v-

ANUJ THUKRAL a/k/a ANUJ THURKAL,

Defendant.

23-cv-09510 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court received the attached communication from Defendant.

SO ORDERED.

Dated: July 8, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

**From:** Anuj C
**To:** Liman NYSD Chambers
**Cc:** Pro Se Filing; Jeffrey Rosenberg; Lawyer Current Legend George Gavalas
**Subject:** Case No. 1:23-cv-09510-LJL - Letter and Evidences
**Date:** Wednesday, July 8, 2026 1:16:17 AM
**Attachments:** Email from George to Mr Rosenberg"s 500 West 43rd Street Realty v Thukral.pdf

**CAUTION - EXTERNAL:**

The Honorable Lewis J. Liman
United States District Judge

Dear Judge Liman:

I respectfully submit this response to Plaintiff's counsel's letter dated July 3, 2026, seeking an award of attorneys' fees and costs against me and/or my counsel.

At the outset, I respectfully wish to reiterate a point I have previously raised at the beginning of the deposition and during my prior appearance before this Court. I have maintained that I was never properly served with the underlying papers. The affidavit of service submitted by the process server does not accurately reflect what occurred, as neither I nor any member of my family was personally served.

Nevertheless, despite this issue, I have consistently demonstrated respect for the Court and the judicial process. I have appeared for depositions, appeared for court conferences, complied with the Court's directives, and made every effort to participate in these proceedings in good faith. My actions demonstrate that I have not attempted to avoid the legal process or disregard the authority of this Court.

I respectfully refer the Court to my prior letter dated June 24, 2026, which explained in detail the circumstances surrounding my inability to proceed with the judgment debtor examination and the scheduling conference. I do not intend to repeat those facts in full, as I recognize that the Court's time is extremely valuable, but respectfully request that the Court consider my prior submission, including the supporting documentation provided regarding the tragic and unexpected death of my nephew, Romanch Mahajan, on June 17, 2026.

I would also like to bring to the Court's attention the attached email from Mr. George Gavalas to Mr. Rosenberg, which was sent on June 19, 2026 at 3:24 p.m. This communication occurred approximately 46 hours after the tragic incident involving my nephew and more than four days before the scheduled continued deposition on June 24, 2026 at 11:00 a.m. Therefore, Plaintiff and Plaintiff's counsel had advance notice of the circumstances surrounding my inability to proceed. This was not a last-minute excuse or an attempt to delay the proceedings.

As I previously explained, this was not a situation where I disregarded the Court's orders or intentionally failed to appear. My family was dealing with an extraordinary tragedy involving the death of an 18-year-old family member. I was actively assisting the family with matters arising from his death, including coordination with the Consulate General of India, arrangements concerning the return of his remains to India, and funeral-related responsibilities.

Plaintiff's counsel repeatedly characterizes these circumstances as an "excuse" and suggests that I have disregarded the Court's orders. Respectfully, that characterization is unfair and inaccurate. The death of my nephew was a genuine family emergency, and Plaintiff's counsel was aware of these circumstances. Plaintiff's counsel was copied on my June 19, 2026 email to the Court and was fully informed of the situation.

With respect to the June 24, 2026 judgment debtor examination, my inability to participate was directly related to the circumstances previously explained to the Court. I did not intentionally fail to appear, and I did not seek to cause delay or inconvenience to Plaintiff or the Court.

Regarding the June 25, 2026 conference, I respectfully dispute any implication that there was improper conduct or an attempt to obtain an unfair advantage through an "ex parte communication." My understanding is that Mr. Gavalas was also traveling to Court from Long Island, New York that morning. The fact that the Court ultimately adjourned the conference was a decision made by the Court, and such scheduling decisions are part of the normal judicial process. Respectfully, neither side should be seeking monetary compensation simply because the Court exercised its discretion to modify the schedule. Instead, all parties should respect the Court's decision and the Court's management of its calendar.

I also respectfully note that Plaintiff's July 3, 2026 letter repeats many of the same arguments previously raised, while failing to acknowledge the extraordinary circumstances surrounding my absence. The requested attorneys' fees and costs would impose an additional burden arising from a family tragedy that was entirely outside my control.

I have complied with the Court's instructions to the best of my ability under extremely difficult circumstances. I respectfully request that the Court deny Plaintiff's request for attorneys' fees and costs.

I further respectfully request that, if the Court believes any additional information is necessary, I be afforded the opportunity to provide any further explanation or documentation the Court may require.

Thank you for the Court's time and consideration.

Respectfully submitted,

Anuj Thukral

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** "George M. Gavalas, Esq." <attorneyatlaw@aol.com>
**Date:** June 19, 2026 at 3:24:51 PM EDT
**To:** Jeffrey Rosenberg <jmr@jmrpclaw.com>, anuj@rainspa.com
**Subject: Re: 500 West 43rd Street Realty v Thukral**

Dear Mr. Rosenberg;

It is with a heavy heart that I must advise you of some terrible news I just received from my client. The accident that occurred in Central Park that resulted in the death of the 18-year-old several days ago turned out to be my client's nephew. It seems that his wife's brother was visiting from India and went to Central Park with his family when the horrible incident occurred. As you can imagine, the family is inconsolable at this time. I just received this news last night from my client. At this point it is not possible to do the continued depositions or for my client to attend any court appearance.

Please contact my office in the middle of the week to discuss rescheduling the matters for a date in early July. My client forwarded me a copy of the death certificate and the police report if necessary as I know this has been a contentious matter however the foregoing tragedy supersedes everything at this point.

I hope this email finds you well, I will speak to you shortly.

George M. Gavalas

.

**GEORGE M. GAVALAS, ESQ.**
LAW OFFICES OF GEORGE M. GAVALAS, P.C.
****Please note our new address****
2001 Marcus Avenue
Suite N125
Lake Success, New York 11042
(516) 746-1515
Fax: (516) 746-0529

**IMPORTANT NOTICE: Never trust wiring instructions sent via email. Cyber criminals are hacking email accounts and sending emails with fake wiring instructions. These emails are convincing and sophisticated. Always independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number. Never wire money without double-checking that the wiring instructions are correct.**

On Friday, June 12, 2026 at 12:24:25 PM EDT, Jeffrey Rosenberg <jmr@jmrpclaw.com> wrote:

> Mr. Gavalas:
>
> Without prejudice to all of my client’s rights and remedies, including with respect to the documents that you produced this morning, which will require detailed review to determine whether they satisfy the subpoena, your client’s examination must be continued. The following dates and times are available:
>
> June 17, 2026, beginning at 11:00 a.m.
> June 22, 2026 beginning at 11:00 a.m.
> June 24, 2026, beginning at 11:00 a.m.

Please advise promptly as to you and your client's availability.

JEFFREY M. ROSENBERG
JEFFREY M. ROSENBERG, P.C.
15 ENGLE STREET • SUITE 207
ENGLEWOOD, NEW JERSEY 07631
(646) 233-0091

ADMITTED IN NJ & NY

This email communication (including any attachments) may contain legally privileged and/or confidential information intended solely for the use of the intended recipient(s). If you are not an intended recipient, you should immediately stop reading this message, advise the sender of the error, and then delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or any attachments) is strictly prohibited.