USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/08/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

500 WEST 43RD STREET REALTY, LLC,

Plaintiff,

-v-

ANUJ THUKRAL a/k/a ANUJ THURKAL,

Defendant.

---------------------------------------------------------------------X

23-cv-09510 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This Order memorializes the rulings made at the conference on July 8, 2026.

Defendant's counsel shall file a letter requesting modification of the Court's order imposing sanctions at Dkt. No. 54 by July 15, 2026. At minimum, Defendant's counsel shall explain what efforts he made to address issues accessing the docket and why he did not inform the Court that he could not appear for the conference on June 8, 2026. Plaintiff shall respond to the letter by July 22, 2026.

Plaintiff's letter motion for sanctions at Dkt. No. 58 is denied for the reasons stated on the record.

By July 17, 2026, Defendant shall produce the attachments and schedules for his federal tax returns and his New York State tax returns for each of the past three years. To the extent that Defendant fails to produce the attachments and schedules to his federal tax return for any of such tax years, Defendant shall provide Plaintiff written authorization by July 17, 2026, for Plaintiff to obtain Defendant's full tax return for such year from the Internal Revenue Service (IRS). To the extent that Defendant fails to produce the attachments and schedules to his New York State tax

return for any of such tax years, Defendant shall provide Plaintiff written authorization by July 17, 2026, for Plaintiff to obtain Defendant's full tax return for such year from the New York State Department of Finance.

Defendant shall sit for his deposition on July 21, 2026 beginning at 12:00 p.m. The deposition will go forward and conclude on July 21, 2026, even if authorizations are produced in lieu of the full tax returns. This Order is without prejudice to Plaintiff making post-deposition document requests.

The Clerk of Court is respectfully requested to close Dkt. No. 58.

SO ORDERED.

Dated: July 8, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge